474 A.2d 673

Commonwealth v. Kennedy, Appellant.

Submitted January 20, 1984. David S. Keller, for appellant; John M. Eakin, District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

The order denying leave to withdraw pleas of nolo contendere is affirmed.